# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBIN W. GOLDSMITH AND ROBIN
W. GOLDSMITH, TRUSTEE OF THE
JAMES B. GOLDSMITH
CHILDREN'S TRUST

VERSUS

THE CITY OF SLIDELL AND THE
STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT

NO.   2019 CW 1299

**JANUARY 15, 2020**

In Re:   Robin  W.  Goldsmith,  applying  for  rehearing,  22nd
Judicial District Court, Parish of St. Tammany, No.
2016-11761.

**BEFORE:   GUIDRY, WELCH, AND HOLDRIDGE, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JMG**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT